| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: **District of Delaware** (State) | |
| Case number (if known): _____ Chapter **11** | ☐ Check if this is an amended filing |

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's Name**  
Marelli Mako Turkey Elektrik Sanayi Ve Ticaret Anonim Sirketi

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
7320693747

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| Organize Sanayi Bolgesi Yesil CD no. 28 | 26555 Northwestern Highway |
| Number    Street | Number    Street |
| | P.O. Box |
| Nilufer, Bursa | Southfield, Michigan 48033 |
| City    State    Zip Code | City    State    Zip Code |
| | **Location of principal assets, if different from principal place of business** |
| | Number    Street |
| Turkey | |
| | City    State    Zip Code |

**5. Debtor's website (URL)**  
https://www.marelli.com

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  **Marelli Mako Turkey Elektrik Sanayi Ve Ticaret Anonim Sirketi**  Case number *(if known)* _____
        Name

7. **Describe debtor's business**

   A. *Check One:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   **3363 (Other Motor Vehicle Parts Manufacturing)**

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check One:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11.   *Check **all** that apply:*
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes.   District _____  When _____ (MM/DD/YYYY)  Case number _____
            District _____  When _____ (MM/DD/YYYY)  Case number _____

Debtor  **Marelli Mako Turkey Elektrik Sanayi Ve Ticaret Anonim Sirketi**  Case number *(if known)* _____
       Name

| | | | | |
|---|---|---|---|---|
| **10.** Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? List all cases. If more than 1, attach a separate list. | ☐ No<br>☒ Yes. | Debtor **See Rider 1**<br>District **District of Delaware**<br>Case number, if known _____ | Relationship **Affiliate**<br>When **06/11/2025**<br>MM / DD / YYYY | |

**11.** Why is the case filed in *this* district?

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** Does the debtor own or have possession of any real property or personal property that needs immediate attention?

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
        Number   Street
    _____
    City        State   Zip Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.   Insurance agency _____
             Contact name _____
             Phone _____

### Statistical and administrative information

**13.** Debtor's estimation of available funds

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14.** Estimated number of creditors

**(on a consolidated basis)**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☒ More than 100,000

Debtor **Marelli Mako Turkey Elektrik Sanayi Ve Ticaret Anonim Sirketi**
Name

Case number *(if known)* _____

| | | | | | |
|---|---|---|---|---|---|
| **15. Estimated assets** <br> **(on a consolidated basis)** | ☐ | $0-$50,000 <br> $50,001-$100,000 <br> $100,001-$500,000 <br> $500,001-$1 million | ☐ | $1,000,001-$10 million <br> $10,000,001-$50 million <br> $50,000,001-$100 million <br> $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☒ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |
| **16. Estimated liabilities** <br> **(on a consolidated basis)** | ☐ | $0-$50,000 <br> $50,001-$100,000 <br> $100,001-$500,000 <br> $500,001-$1 million | ☐ | $1,000,001-$10 million <br> $10,000,001-$50 million <br> $50,000,001-$100 million <br> $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☒ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **06/11/2025**
             MM/ DD / YYYY

✗ **/s/ Marisa Iasenza**                               **Marisa Iasenza**
Signature of authorized representative of debtor        Printed name

Title  **Authorized Signatory**

**18. Signature of attorney**

✗ **/s/ Laura Davis Jones**                            Date  **06/11/2025**
Signature of attorney for debtor                              MM/DD/YYYY

**Laura Davis Jones**
Printed name

**Pachulski Stang Ziehl & Jones LLP**
Firm name

**919 North Market Street, 17th Floor, P.O. Box 8705**
Number                Street

**Wilmington**                                          **Delaware**   **19801**
City                                                    State          ZIP Code

**(302) 652-4100**                                      **ljones@pszjlaw.com**
Contact phone                                           Email address

**2436**                                                **Delaware**
Bar number                                              State

| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| **District of Delaware** |
| (State) |
| Case number *(if known)*: _____    Chapter **11** |

☐ Check if this is an amended filing

### Rider 1
### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "<u>Debtors</u>") filed a petition in the United States Bankruptcy Court for the District of Delaware for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Marelli Automotive Lighting USA LLC.

- **Marelli Automotive Lighting USA LLC**
- **Automotive Lighting UK Limited**
- **Calsonic Kansei (Shanghai) Corporation**
- **CK Trading De México, S. De R.L. De C.V.**
- **Magneti Marelli Argentina S.A.**
- **Magneti Marelli Conjuntos de Escape S.A.**
- **Magneti Marelli do Brasil Indústria e Comércio S.A**
- **Magneti Marelli Repuestos S.A.**
- **Marelli (China) Co., Ltd**
- **Marelli (China) Holding Company**
- **Marelli (Guangzhou) Corporation**
- **Marelli (Thailand) Co., Ltd**
- **Marelli (Xiang Yang) Corporation**
- **Marelli Aftermarket Germany GmbH**
- **Marelli Aftermarket Italy S.p.A.**
- **Marelli Aftermarket Poland Sp. z o.o.**
- **Marelli Aftermarket Spain S.L.**
- **Marelli Aftersales Co., Ltd.**
- **Marelli Argentan France**
- **Marelli Automotive Chassis System (Guangzhou) Co., Ltd.**
- **Marelli Automotive Components (Guangzhou) Corporation**
- **Marelli Automotive Components (Wuhu) Co., Ltd.**
- **Marelli Automotive Components (Wuxi) Corporation**
- **Marelli Automotive Electronics (Guangzhou) Co., Ltd.**
- **Marelli Automotive Lighting (Foshan) Co., Ltd.**
- **Marelli Automotive Lighting France**
- **Marelli Automotive Lighting Italy S.p.A.**
- **Marelli Automotive Lighting Jihlava (Czech Republic) s.r.o.**
- **Marelli Automotive Lighting Juárez Mexico, S.A de C.V.**
- **Marelli Automotive Lighting Tepotzotlán México S. de R.L. de C.V.**
- **Marelli Automotive Systems Europe PLC**
- **Marelli Automotive Systems UK Limited**
- **Marelli Bielsko-Biała Poland Sp. z o.o.**
- **Marelli Business Service (Dalian) Co., Ltd.**
- **Marelli Business Service Corp.**
- **Marelli Cabin Comfort Mexicana, S.A. de C.V.**
- **Marelli Cabin Comfort Trading de México, S. de R.L. de C.V.**
- **Marelli Cluj Romania S.R.L.**
- **Marelli Cofap do Brasil Ltda**
- **Marelli Corporation**
- **Marelli do Brasil Indústria e Comércio Ltda.**
- **Marelli eAxle Torino S.R.L.**
- **Marelli Engineering (Shanghai) Co., Ltd.**
- **Marelli EPT Strasbourg (France)**
- **Marelli España S.A.**
- **Marelli Europe S.p.A.**
- **Marelli France**
- **Marelli Fukushima Corporation**
- **Marelli Germany GmbH**
- **Marelli Global Business Services America, S. de R.L. de C.V.**
- **Marelli Global Business Services Europe s.r.o.**
- **Marelli Holding USA LLC**
- **Marelli Holdings Co., Ltd.**
- **Marelli Indústria e Comércio de Componentes Automotivos Brasil Ltda.**
- **Marelli International Trading (Shanghai) Co., Ltd**
- **Marelli Iwashiro Corp.**
- **Marelli Kechnec Slovakia s.r.o.**
- **Marelli Kyushu Corporation**
- **Marelli Mako Turkey Elektrik Sanayi Ve Ticaret Anonim Sirketi**
- **Marelli Mexicana, S.A. de C.V.**
- **Marelli Morocco LLC**
- **Marelli North America, Inc.**
- **MARELLI NORTH CAROLINA USA LLC**
- **Marelli Ploiesti Romania S.R.L.**
- **Marelli Powertrain (Hefei) Co., Ltd.**
- **Marelli R&D Co., Ltd.**
- **Marelli Ride Dynamics México S. de R.L. de C.V.**
- **Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda**
- **Marelli Smart Me Up**
- **Marelli Sophia Antipolis France**
- **Marelli Sosnowiec Poland Sp. z. o.o.**
- **Marelli Suspension Systems Italy S.P.A.**
- **Marelli Tennessee USA LLC**
- **Marelli Toluca México S. de R.L. de C.V.**
- **Marelli Tooling (Guangzhou) Corporation**
- **Marelli Yokohama Co., Ltd.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MARELLI MAKO TURKEY ELEKTRIK SANAYI VE TICARET ANONIM SIRKETI,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-_____(___) |

**LIST OF EQUITY SECURITY HOLDERS[1]**

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| Marelli Germany GmbH | 26555 Northwestern Highway Southfield, Michigan 48033 | 100% |

---

[1] This list serves as the disclosure required to be made by the debtor pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure. All equity positions listed indicate the record holder of such equity as of the date of commencement of the chapter 11 case.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: <br><br> MARELLI MAKO TURKEY ELEKTRIK SANAYI VE TICARET ANONIM SIRKETI, <br><br> Debtor. | ) ) Chapter 11 ) ) Case No. 25-_____(___) ) ) ) ) |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Marelli Germany GmbH | 100% |

Case 25-11097   Doc 1   Filed 06/11/25   Page 8 of 14

Debtor   MARELLI AUTOMOTIVE LIGHTING USA, LLC et al.  Case number (if known)_____

Fill in this information to identify the case:

Debtor name: Marelli Automotive Lighting USA, LLC, et al.
United States Bankruptcy Court for the: District of Delaware
Case number (If known):

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — if the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | STELLANTIS<br>TAURUSAVENUE 1<br>HOOFDDORP, 2312 NETHERLANDS | ATTN: DOUG OSTERMANN<br>TITLE: CHIEF FINANCIAL OFFICER<br>PHONE: +1 (217) 330-7428<br>EMAIL: DOUG.OSTERMANN@STELLANTIS.COM | TRADE PAYABLE / CUSTOMER ADVANCE | | | | $ 453,958,618 |
| 2 | NISSAN<br>1-1, TAKASHIMA 1-CHOME<br>YOKOHAMA, 220-8686 JAPAN | ATTN: MITSURO ANTOKU<br>TITLE: CHIEF QUALITY OFFICER<br>PHONE: +1 (800) 647-7261<br>EMAIL: MITSURO.ANTOKU@NISSAN.CO.JP | TRADE PAYABLE / CUSTOMER ADVANCE | | | | $ 313,145,938 |
| 3 | BOSCH GROUP<br>ROBERT-BOSCH-PLATZ 1<br>GERLINGEN-SCHILLERHÖHE, 70839 GERMANY | ATTN: DR. MARKUS FORSCHNER<br>TITLE: CHIEF FINANCIAL OFFICER<br>PHONE: +1 (917) 421-7209<br>EMAIL: MARKUS.FORSCHNER@DE.BOSCH.COM | TRADE PAYABLE | | | | $ 45,088,793 |
| 4 | MAZDA<br>3-1 SHINCHI, FUCHU-CHO<br>HIROSHIMA, 730-8670 JAPAN | ATTN: JEFF GUYTON<br>TITLE: CHIEF FINANCIAL OFFICER<br>PHONE: +1 (800) 222-5500<br>EMAIL: JEFF.GUYTON@MAZDA.COM | TRADE PAYABLE / CUSTOMER ADVANCE | | | | $ 30,091,528 |
| 5 | GRANGES<br>BOX 5505<br>STOCKHOLM, 114 85 SWEDEN | ATTN: JOHAN MENCKEL<br>TITLE: CHIEF EXECUTIVE OFFICER<br>PHONE: +46 (8) 459-5900<br>EMAIL: JOHAN.MENCKEL@GRANGES.COM | TRADE PAYABLE | | | | $ 26,141,936 |
| 6 | TESLA<br>1 TESLA ROAD<br>AUSTIN, TX 78725 UNITED STATES | ATTN: VAIBHAV TANEJA<br>TITLE: CHIEF FINANCIAL OFFICER<br>PHONE: +1 (888) 518-3752<br>EMAIL: VTANEJA@TESLA.COM | TRADE PAYABLE / CUSTOMER ADVANCE | | | | $ 22,215,569 |
| 7 | TEKSID<br>VIA UMBERTO II, 5<br>CARMAGNOLA, 10022 ITALY | ATTN: VIRGILIO CERUTTI<br>TITLE: CHIEF EXECUTIVE OFFICER<br>PHONE: +48 (33) 853-8200<br>EMAIL: VIRGILIO.CERUTTI@STELLANTIS.COM | TRADE PAYABLE | | | | $ 21,520,637 |
| 8 | NISSIN KOGYO CO., LTD.<br>172 KAMISOYAGI<br>YAMATO-CITY, KANAGAWA 242-0029 JAPAN | ATTN: YUICHIRO ASANO<br>TITLE: CHIEF EXECUTIVE OFFICER<br>PHONE: +46 (264) 1221<br>EMAIL: | TRADE PAYABLE | | | | $ 14,297,962 |
| 9 | BASF<br>STORKOWER STRAßE 146<br>BERLIN, 10407 GERMANY | ATTN: DIRK ELVERMANN<br>TITLE: CHIEF FINANCIAL OFFICER AND CHIEF DIGITAL OFFICER<br>PHONE: +1 (973) 245-6000<br>EMAIL: DIRK.ELVERMANN@BASF.COM | TRADE PAYABLE | | | | $ 14,285,830 |
| 10 | MACNICA<br>1-6-3 SHIN-YOKOHAMA<br>YOKOHAMA , 222-8561 JAPAN | ATTN: AKINOBU MIYOSHI<br>TITLE: CO-CHIEF EXECUTIVE OFFICER<br>PHONE: +1 (408) 205-7141<br>EMAIL: AKINOBUMIYOSHI@GMAIL.COM | TRADE PAYABLE | | | | $ 14,084,332 |
| 11 | COVESTRO<br>KAISER-WILHELM-ALLEE 60<br>LEVERKUSEN, 51373 GERMANY | ATTN: SUCHETA GOVIL<br>TITLE: CHIEF COMMERCIAL OFFICER<br>PHONE: +1 (412) 413-2673<br>EMAIL: SUCHETA.GOVIL@COVESTRO.COM | TRADE PAYABLE | | | | $ 13,683,540 |
| 12 | INTEGRATED MICRO-ELECTRONICS<br>NORTH SCIENCE AVENUE, SPECIAL EXPORT PROCESSING ZONE<br>BIÑAN, 4024 PHILLIPINES | ATTN: ERIC DE CANDID<br>TITLE: CHIEF OPERATING OFFICER<br>PHONE: +63 (2) 7756-6840<br>EMAIL: ERIC.DECANDIDO@GLOBAL-IMI.COM | TRADE PAYABLE | | | | $ 11,998,543 |
| 13 | RENESAS ELECTRONICS<br>TOYOSU FORESIA<br>TOKYO, 135-0061 JAPAN | ATTN: HIDETOSHI SHIBATA<br>TITLE: CHIEF EXECUTIVE OFFICER<br>PHONE: +1 (408) 432-8888<br>EMAIL: HIDETOSHI.SHIBATA@RENESAS.COM | TRADE PAYABLE | | | | $ 11,481,387 |
| 14 | WIPRO LIMITED<br>DODDAKANNELLI, SARJAPUR ROAD<br>BENGALURU , 560 035 INDIA | ATTN: SRINI PALLIA<br>TITLE: CEO AND MANAGING DIRECTOR<br>PHONE: +1 (732) 394-8255<br>EMAIL: SPALLIA@WIPRO.COM | TRADE PAYABLE | | | | $ 11,426,300 |
| 15 | WUHU FORESIGHT TECHNOLOGY CO. LTD<br>NO. 2, LINGYUAN ROAD<br>WUHU CITY, 241000 CHINA | ATTN: LU WENBO<br>TITLE: GENERAL MANAGER<br>PHONE: +86 (553) 596-3550<br>EMAIL: FS@FORESIGHT-INT.COM | TRADE PAYABLE | | | | $ 10,667,613 |
| 16 | MITSUBA CORPORATION<br>1-2681 HIROSAWA-CHO<br>KIRYU, GUNMA 376-8555 JAPAN | ATTN: HIROAKI TANJI<br>TITLE: BOARD MEMBER<br>PHONE: +81 (277) 52-0111<br>EMAIL: H-TANJI@MITSUBA.CO.JP | TRADE PAYABLE | | | | $ 10,302,024 |
| 17 | MITSUBISHI<br>3-1, MARUNOUCHI 2-CHOME<br>TOKYO, 100-8086 JAPAN | ATTN: YUZO NOUCHI<br>TITLE: CORPORATE FUNCTIONAL OFFICER<br>PHONE: +1 (888) 648-7820<br>EMAIL: YUZO.NOUCHI@MITSUBISHICORP.COM | TRADE PAYABLE | | | | $ 10,279,377 |
| 18 | BITRON<br>STRADA DEL PORTONE 95<br>GRUGLIASCO, 10095 ITALY | ATTN: ALBERTO MORO<br>TITLE: CHIEF EXECUTIVE OFFICER<br>PHONE: +39 (011) 4029-111<br>EMAIL: ALBERTO.FARCI@BITRON-IND.COM | TRADE PAYABLE | | | | $ 10,124,497 |

Case 25-11097    Doc 1    Filed 06/11/25    Page 9 of 14

Debtor    MARELLI AUTOMOTIVE LIGHTING USA, LLC et al.                                                                                              Case number (if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim if the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19 | AMS-OSRAM AG<br>TOBELBADER STRASSE 30<br>PREMSTAETTEN, 8141 AUSTRIA | ATTN: ALDO KAMPER<br>TITLE: CHIEF EXECUTIVE OFFICER<br>PHONE: +43 (3136) 500-0<br>EMAIL: ALDO.KAMPER@OSRAM.COM | TRADE PAYABLE | | | | $ 9,967,101 |
| 20 | SUZUKI MOTOR CORPORATION<br>300 TAKATSUKA-MACHI<br>HAMAMATSU, 432-8611 JAPAN | ATTN: MASAKI KUWABARA<br>TITLE: MANAGER OF LEGAL COMPLIANCE<br>PHONE: +81 (53) 455-2111<br>EMAIL: MASAKIKUWABARA@HHQ.SUZUKI.CO.JP | TRADE PAYABLE | | | | $ 9,863,244 |
| 21 | QUALCOMM TECHNOLOGIES<br>5775 MOREHOUSE DR.<br>SAN DIEGO, CA 92121 UNITED STATES | ATTN: ANN CHAPLIN<br>TITLE: GENERAL COUNSEL AND CORPORATE SECRETARY<br>PHONE: +1 (858) 587-1121<br>EMAIL: ACHAPLIN@QUALCOMM.COM | TRADE PAYABLE | | | | $ 9,603,170 |
| 22 | AVNET<br>2211 SOUTH 47TH STREET<br>PHOENIX, AZ 85034 UNITED STATES | ATTN: MICHAEL R. MCCOY<br>TITLE: GENERAL COUNSEL AND CHIEF LEGAL OFFICER<br>PHONE: +1 (800) 332-8638<br>EMAIL: MICHAEL.MCCOY@AVNET.COM | TRADE PAYABLE | | | | $ 9,463,615 |
| 23 | ARROW ELECTRONICS<br>7340 S. ALTON WAY UNIT 11G<br>CENTENNIAL, CO 80112 UNITED STATES | ATTN: CARINE JEAN-CLAUDE<br>TITLE: SENIOR VICE PRESIDENT AND CHIEF LEGAL AND COMPLIANCE OFFICER<br>PHONE: +1 (855) 326-4757<br>EMAIL: CJEANCLAUDE@ARROW.COM | TRADE PAYABLE | | | | $ 9,196,498 |
| 24 | TIBERINA GROUP<br>VIA TIBERINA, 123<br>COLLAZZONE, PG 06050 ITALY | ATTN: ALBERTO FARCI<br>TITLE: GENERAL MANAGER<br>PHONE: +42 (32) 670-9197<br>EMAIL: ALBERTO.FARCI@TIBERINA.CZ | TRADE PAYABLE | | | | $ 8,970,886 |
| 25 | UNIPRES CORPORATION<br>SUN HAMADA BLDG. 5F<br>YOKOHAMA, 222-0033 JAPAN | ATTN: YUKIHIKO MORITA<br>TITLE: SENIOR EXECUTIVE VICE PRESIDENT, FINANCE & ACCOUNTING<br>PHONE: +81 (45) 477-5121<br>EMAIL: INFO@UNIPRESSCORP.COM | TRADE PAYABLE | | | | $ 8,546,082 |
| 26 | BTV TECHNOLOGIES GMBH<br>HEINRICH-HERTZ-STR. 12<br>UNNA, D-59423 GERMANY | ATTN: MAXIMILIAN KRANE<br>TITLE: CHIEF EXECUTIVE OFFICER<br>PHONE: +49 (2303) 333-0<br>EMAIL: MAXIMILIANNAN@BTV-GRUPPE.COM | TRADE PAYABLE | | | | $ 8,128,940 |
| 27 | VISTEON<br>ONE VILLAGE CENTER<br>VAN BUREN TOWNSHIP, MI 48111 UNITED STATES | ATTN: BRETT PYNNONEN<br>TITLE: SENIOR VICE PRESIDENT AND GENERAL COUNSEL<br>PHONE: +1 (734) 627-7384<br>EMAIL: BPYNNONEN@VISTEON.COM | TRADE PAYABLE | | | | $ 7,596,117 |
| 28 | VALEO<br>100 RUE DE COURCELLES<br>PARIS, 75017 FRANCE | ATTN: CHRISTOPHE PÉRILLAT<br>TITLE: CHIEF EXECUTIVE OFFICER<br>PHONE: +33 (0)1-40-55-20-20<br>EMAIL: CHRISTOPHE.PERILLAT@VALEO.COM | TRADE PAYABLE | | | | $ 7,540,594 |
| 29 | PENSION BENEFIT GUARANTY CORPORATION<br>1200 K STREET, NW<br>WASHINGTON, DC 20005 UNITED STATES | ATTN: LISA CLARK<br>TITLE: CHIEF FINANCIAL OFFICER<br>PHONE: +1 (202) 326-4400<br>EMAIL: PBGCPUBLICAFFAIRS@PBGC.GOV | PENSION | CONTINGENT, UNLIQUIDATED, DISPUTED | | | UNLIQUIDATED |
| 30 | PENSION PROTECTION FUND<br>RENAISSANCE<br>CROYDON, CR0 2NA UNITED KINGDOM | ATTN: MICHELLE OSTERMANN<br>TITLE: CHIEF EXECUTIVE OFFICER<br>PHONE: +44 (20) 8633-4902<br>EMAIL: MICHELLE.OSTERMANN@PPF.CO.UK | PENSION | CONTINGENT, UNLIQUIDATED, DISPUTED | | | UNLIQUIDATED |

| | |
|---|---|
| **MARELLI MAKO TURKEY ELEKTRİK SANAYİ VE TİCARET ANONİM ŞİRKETİ KURULU KARARI** | **MARELLI MAKO TURKEY ELEKTRİK SANAYİ VE TİCARET ANONİM ŞİRKETİ BOARD OF DIRECTORS RESOLUTION** |
| **KARAR NO** : 2025/ | **RESOLUTION NO** : 2025/ |
| **KARAR TARİHİ** : 09/06/2025 | **RESOLUTION DATE** : 09/06/2025 |
| **KARARLAR** : | **RESOLUTIONS** : |
| Türkiye Cumhuriyeti kanunlarına göre kurulmuş ve faaliyet gösteren bir şirket olan Marelli Mako Turkey Elektrik Sanayi ve Ticaret Anonim Şirketi'nin ("**Şirket**") aşağıda imzası bulunan Yönetim Kurulu Üyeleri olarak ("**Yönetim Kurulu**"), aşağıdaki kararları oybirliği ile kabul etmişlerdir: | The undersigned members of the board of directors ("**Board**") of Marelli Mako Turkey Elektrik Sanayi ve Ticaret Anonim Şirketi ("**Company**"), a company incorporated and existing under the laws of the Republic of Turkey, hereby adopt the following resolutions: |
| **ŞÖYLE Kİ**, Şirket'in dolaylı hakim hissedarının ve bağlı şirketlerinden bazılarının ("**Marelli Grup**"), Amerika Birleşik Devletleri İflas Kanunu'nun 11. Bölüm'ü ("**Chapter 11 Başvurusu**") uyarınca Amerika Birleşik Devletleri İflas Mahkemesi'ne başvurarak ihtiyari olarak iflas koruması talep etmeye karar verdikleri konusunda Şirket Yönetim Kurulu, Marelli Grup tarafından bilgilendirilmiştir; | **WHEREAS**, the Company Board has been informed by the Marelli Group that the ultimate indirect shareholder of the Company and certain of its affiliates ("**Marelli Group**") have resolved to file voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code ("**Chapter 11 Filing**") in the United States Bankruptcy Court; |
| **ŞÖYLE Kİ**, Şirket, Marelli Grup'un genel yeniden yapılandırma stratejisini gözden geçirmiştir. Şirket'in kendisi Amerika Birleşik Devletleri kanunlarına tabi değildir. Buna rağmen, Yönetim Kurulu, süreci uygun olduğu ölçüde desteklemek ve Marelli Grup genel hedefleriyle uyum sağlamak istemektedir ("**Yeniden Yapılandırma Süreci**"); | **WHEREAS**, the Company has reviewed the Marelli Group's overall restructuring strategy. Although the Company is not itself subject to United States of America jurisdiction the Board wishes to support the process to the extent applicable and ensure alignment with Marelli Group objectives ("**Restructuring Process**"); |
| **ŞÖYLE Kİ**, Şirket, Yeniden Yapılandırma Süreci kapsamında, iştirakleri ve bağlı kuruluşları da dahil olmak üzere Marelli Grubu'nun bazı üyelerinin, alacaklılar ve paydaşlarla birlikte finansal ve operasyonel yeniden yapılandırmanın ana hatlarıyla belirten bir Yeniden Yapılandırma Destek Sözleşmesi ("**RSA**") imzaladıkları veya imzalamayı amaçladıkları konusunda bilgilendirilmiştir; | **WHEREAS**, in connection with the Restructuring Process, the Company has been informed by the Marelli Group that, certain members of the Marelli Group, including its subsidiaries and affiliates, have entered into or intend to enter into a Restructuring Support Agreement ("**RSA**") with certain creditors and stakeholders, outlining the key terms and conditions of the financial and operational restructuring of the Marelli Group; |
| **ŞÖYLE Kİ**, bu Yönetim Kurulu kapsamındaki yetkilendirme Türk Hukukunun ilgili hükümlerinin ihlal edilmemesi şartıyla verilmiştir. | **WHEREAS**, any authorisation under this resolution has been granted to the extent that the relevant provisions under Turkish Law shall not be breached. |

| | |
|---|---|
| **ŞİMDİ, BU NEDENLE, AŞAĞIDAKİLER KARARA BAĞLANMIŞTIR** | **NOW, THEREFORE, IT IS RESOLVED THAT** |
| 1. Şirket, Marelli Grubu tarafından başlatılan, Chapter 11 Başvurusu dahil olmak üzere, Yeniden Yapılandırma Süreci ile ilgili işlemleri ve Yeniden Yapılandırma Süreci'ni kabul eder. Ayrıca, yürürlükteki Türk Mevzuatına tabi olarak söz konusu yeniden yapılandırma sürecini desteklemek veya kolaylaştırmak için gerekli olabilecek işlemleri, ortaklık yapısı aracılığıyla, doğrudan ya da dolaylı olarak yapmaya yetkili kılındığını teyit eder. | 1. The Company hereby acknowledges and supports the Restructuring Process initiated by Marelli Group, including the Chapter 11 Filing and related actions, and confirms that it has been duly authorized, directly or indirectly, through its shareholder structure, to take such actions as may be required to support or facilitate the restructuring process, subject to applicable Turkish law; |
| 2. Şirket, Türk yasalarının izin verdiği ölçüde, Chapter 11 Başvurusu ve Yeniden Yapılandırma Süreci ile bağlantılı olarak Marelli Grup tarafından yönlendirilen iş birliği ve bilgi sağlanması konusundaki makul talepleri yerine getirecektir; | 2. The Company shall, to the extent permissible under Turkish law, provide assistance, cooperation, and information as may be reasonably requested by Marelli Group with the Chapter 11 Filing and the Restructuring Process; |
| 3. Şirket, Türk hukuku tarafından izin verilen ölçüde, Chapter 11 Başvurusu ve bunun sonucunda ortaya çıkabilecek herhangi bir yargılama veya kararla bağlantılı olarak, grup çapındaki Yeniden Yapılandırma Süreci'nin uygulanmasını desteklenmesi amacıyla, yetkili herhangi bir Amerika Birleşik Devletleri Mahkemesi, düzenleyici otoritesi veya kamu kurumu ile makul seviyede iş birliği yapacak ve bilgi sağlayacaktır; | 3. The Company shall further, to the extent permitted by Turkish law, cooperate with and provide information to any competent United States of America. court, regulatory authority, or governmental agency in connection with the Chapter 11 Filing and any proceedings or orders arising therefrom, as may be reasonably required to support the implementation of the group-wide Restructuring Process; |
| 4. Şirket, işbu kararların yerine getirilmesini teminen dış danışmanlar, Marelli Grup temsilcileri ve ilgili hukuki ya da düzenleyici merciler ile iletişim kurmak üzere, aşağıda imzası bulunanları ve Marelli Grubu veya Şirketin ortakları, direktörleri, müdürleri, ve usulüne uygun olarak atanmış diğer görevlilerini münferit hareket etmek suretiyle yetkilendirir ve görevlendirir; | 4. The Company hereby authorizes the undersigned and empowers any partner, director, manager, or other duly appointed officer of Marelli Group or the Company to act individually, to liaise with external advisors, representatives of the Marelli Group, and any relevant legal or regulatory authorities for the purposes of fulfilling the intent of these resolutions; |
| 5. Şirket, işbu kararların kabulünün ve bunlara dayanılarak gerçekleştirilecek herhangi bir işlemin, Türk hukuku uyarınca fesih, hak kaybı veya Şirket ana sözleşmesi ya da yürürlükteki mevzuat uyarınca doğabilecek yükümlülüklerle sınırlı olmaksızın, hukuki durumunu olumsuz etkileyebilecek herhangi bir olayı oluşturmayacağını, teşkil etmeyeceğini ya da tetiklemeyeceğini ve bu şekilde anlaşılmadığını teyit eder; | 5. The Company hereby confirms that the adoption of these resolutions and any related actions taken pursuant to them shall not, and are not intended to, constitute or trigger any event that could adversely affect its legal standing under Turkish law, including but not limited to any dissolution, loss of rights, or obligations under its articles of association or applicable legislation; |

6. Şirket'in dolaylı hakim hissedarı tarafından yürütülen Yeniden Yapılandırma Süreci stratejisiyle uyumlu olarak, Şirket, dolaylı hakim hissedarının kararları ve talimatları doğrultusunda hareket etme niyetini teyit eder; ancak bununla sınırlı olmamak üzere, Yeniden Yapılandırma Destek Sözleşmesi ("**RSA**"), Varlık Alım Sözleşmesi ("**APA**") ve ilgili veya tamamlayıcı diğer sözleşmeler, kararlar, belgeler veya başvurular gibi işlem belgelerine taraf olmayı, bunları kabul etmeyi veya desteklemeyi de içerir. Bu hususlar, Türk hukuku çerçevesinde izin verildiği ölçüde ve grup çapındaki yeniden yapılandırma sürecinin ilerletilmesi amacıyla gerekli veya uygun görüldüğü şekilde uygulanacaktır;

7. Şirket, yönetim kurulu üyeleri, yetkilileri, çalışanları veya temsilcileri tarafından işbu karar kapsamında düzenlenen hususlarla bağlantılı olarak gerçekleştirilmiş veya gerçekleştirilecek tüm işlemler, işbu belge ile tüm yönleriyle onaylanmış, tasdik edilmiş ve teyit edilmiştir.

6. In alignment with the Restructuring Process strategy led by the ultimate indirect shareholder of the Company, the Company hereby confirms its intent to act in conformity with the decisions and directives of its indirect shareholder, including but not limited to entering into, acknowledging, or supporting any transaction documents such as the Restructuring Support Agreement ("**RSA**"), the Asset Purchase Agreement ("**APA**"), and any related or ancillary agreements, resolutions, instruments, or filings, to the extent permitted under Turkish law and as may be deemed necessary or appropriate in furtherance of the group-wide restructuring process;

7. All actions taken or to be taken by the Company, its directors, officers, employees, or agents in connection with the matters contemplated herein are hereby approved, ratified, and confirmed in all respects.

**PETER RADTKE**
Yönetim Kurulu Başkanı/Chairman of the Board

**PETER CHRISTIAN BARTRAM**
Yönetim Kurulu Başkan Vekili/ Deputy Chairman of the Board of Directors

**SERDAR AYDIN**
Yönetim Kurulu Üyesi/Board Member

**EROL BAKAN**
Yönetim Kurulu Üyesi/Board Member

_____
By:     Peter Radtke
Title:  Chairman


_____
By:     Peter Bartram
Title:  Vice Chairman


Signed by:
Bakan Erol
3B27F3B3874049B...
_____
By:     Bakan Erol
Title:  Director


_____
By:     Aydin Serdar
Title:  Director

*[Signature Page to Marelli Mako Turkey Elektrik Sanayi Ve Ticaret Anonim Sirketi Board Resolution]*

| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name | Marelli Mako Turkey Elektrik Sanayi Ve Ticaret Anonim Sirketi |
| United States Bankruptcy Court for the: | District of Delaware (State) |
| Case number (If known): | |

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ☐ *Schedule H: Codebtors (Official Form 206H)*
- ☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☐ Amended Schedule
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☒ Other document that requires a declaration **List of Equity Security Holders and Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **06/11/2025**           ☒ */s/ Marisa Iasenza*
                 MM/ DD/YYYY              Signature of individual signing on behalf of debtor
                                          **Marisa Iasenza**
                                          Printed name
                                          **Authorized Signatory**
                                          Position or relationship to debtor

Official Form 202              Declaration Under Penalty of Perjury for Non-Individual Debtors